IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 11-26723 CMB |
| | ) | |
| William E. Daughtry and Karen A. Daughtry, | ) ) | Chapter 7 |
| | ) | Document No.: _____ |
| Debtors. | ) | |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Doc. #28 |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Boardman RV & Truck Accessories, LLC, William E. Daughtry and Karen A. Daughtry, | ) ) ) | |
| | ) | |
| Debtors/Respondents. | ) | **ENTERED BY DEFAULT** |

ORDER

AND NOW, upon consideration of Trustee's motion for authority to endorse check, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Trustee now possess a check payable to Boardman, RV & Truck Accessories, LLC for $60,900.59.

2. Trustee may endorse the rear of the check by signing "Boardman RV & Truck Accessories, LLC by Charles O. Zebley, Jr. Trustee for Member, William E. Daughtry."

3. Trustee may deposit the check into an estate bank account.

4. Disposition of these funds remains subject to further orders of this court.

BY THE COURT,

Dated: _____March 11_____, 2014

_____Carlota M. Böhm_____ J.
**dad**
United States Bankruptcy Judge

FILED
3/11/14 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - PGH